| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alonzo Stanley** | Social Security number or ITIN **xxx–xx–0658** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **16–34803** | | |

## Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alonzo Stanley

January 31, 2017                                            **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                   United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-34803-ABG
Alonzo Stanley                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: Jan 31, 2017
                              Form ID: 318             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
```
db              +Alonzo Stanley,    2319 W. Garfield Blvd.,    Chicago, IL 60636-1015
25051957        +Automotive Credit Corp.,    26261 Evergreen Rd.,    Southfield, MI 48076-4447
25051958        +City of Chicago,    Department of Finance,    121 N. LaSalle St., 7th Floor,
                  Chicago, IL 60602-1202
25051964        +Illinois Tollway Authority,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
25051966        +MW47 Midwest Title Loans, Inc.,    15405 Dixie Hwy.,    Harvey, IL 60426-3401
25051965        +Municipal Collections of America,    3348 Ridge Rd.,    Lansing, IL 60438-3112
25051970        +U.S. Dept. of Veteran Affairs,    Debt Management Center,    Po Box 11930,
                  Saint Paul, MN 55111-0930
25051971        +Village of North Riverside,    2401 S. Des Plaines Ave.,    Riverside, IL 60546-1596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QCLSTEEGE.COM Feb 01 2017 01:28:00      Catherine L. Steege, ESQ,    Jenner & Block,
                  353 N. Clark Street,    Chicago, IL 60654-5474
25051956        +E-mail/Text: bk@blittandgaines.com Feb 01 2017 01:53:00        Automotive Credit,
                  c/o Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
25051959        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 01 2017 01:54:53        Comcast,
                  One Comcast Center,    Philadelphia, PA 19103-2899
25051960        +EDI: CMIGROUP.COM Feb 01 2017 01:28:00      Credit Management, LP,    4200 International Pkwy.,
                  Carrollton, TX 75007-1912
25051961         EDI: IRS.COM Feb 01 2017 01:28:00      Department of the Treasury,    Internal Revenue Service,
                  Po Box 7346,    Philadelphia, PA 19101-7346
25051962        +E-mail/Text: bknotice@erccollections.com Feb 01 2017 01:53:48        ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
25051963         E-mail/Text: rev.bankruptcy@illinois.gov Feb 01 2017 01:53:35
                  Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,   Chicago, IL 60664-0338
25051969         EDI: AGFINANCE.COM Feb 01 2017 01:28:00      Springleaf Financial Services,    601 NW 2nd St.,
                  Evansville, IN 47708
25051967        +EDI: SWCR.COM Feb 01 2017 01:28:00      Southwest Credit Systems,    4120 International Pkwy.,
                  Suite 1100,    Carrollton, TX 75007-1958
25051968        +EDI: SWCR.COM Feb 01 2017 01:28:00      Southwest Credit Systems,    4120 International Pkwy.,
                  Carrollton, TX 75007-1958
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
```
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Joseph S Davidson     on behalf of Debtor 1 Alonzo  Stanley jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```